UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH E. BERRY,<br><br>               Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>               Defendants. | CASE NO. C10-5098RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation [Dkt. #9], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915;

(3) Plaintiff's claims and causes of action are dismissed, and;

(4) The Clerk is directed to send copies of this Order to the parties.

DATED this 28th day of May, 2010.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1