# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH E. BERRY,

v.

STATE OF WASHINGTON, *et al*.,

JUDGMENT IN A CIVIL CASE

No. C10-5098RBL

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915; and

(3) Plaintiff's claims and causes of action are dismissed.

|  |  |
|---|---|
| June 1, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/ Mary Trent* |
|  | Deputy Clerk |